# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | WAIVER OF INDICTMENT |
| v. : | |
| : | Crim. No. 06-_110_ |
| FERNANDO DOVALE : | |

I, Fernando Dovale, the above-named defendant who is charged with

> not possessing a license in the State of New Jersey to engage in the wholesale distribution of prescription drugs at a time when I knowingly and intentionally conspired and agreed with others to engage in the wholesale distribution in interstate commerce of prescription drugs that were subject to Title 21, United States Code, Section 353(b), contrary to Title 21, United States Code, Sections 331(t), 353(e)(2)(A), and 333(b)(1)(D), in violation of Title 18, United States Code, Section 371,

having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on (insert date) _Feb. 15, 2006_ prosecution by indictment and consent that the prosecution may be by information rather than by indictment.

_____
Defendant Fernando Dovale

_____
Timothy M. Donohue, Esq.
Counsel for Fernando Dovale

Before: _____
United States District Judge

**RECEIVED**

FEB 15 2006

AT 8:30 ____ M
WILLIAM T. WALSH
CLERK