PROB 35
(Rev. 4/81)

**Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date**

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.    06-110-01

Fernando Dovale

On January 4, 2007, the above named was placed on probation for a period of 4 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*Patricia C. Jensen*

United States Probation Officer
Assistant
Patricia C. Jensen

**RECEIVED**

**MAR 10 2009**

AT 8:30
WILLIAM T. WALSH    M
CLERK

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _____10TH_____ day of ___MARCH_____, 20_09_.

United States District Judge

# RECEIVED

Fernando Dovale
160 Martha Ave
Elmwood Park, NJ

February 1, 2009

MAR 1 0 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Prepared for:**   **The Honorable Garret E. Brown, Jr.**
**Chief United States District Judge for the District of**
**New Jersey**
**Clarkson S. Fisher Federal Building. United States**
**Courthouse**
**402 East State Street**
**Trenton, New Jersey 08608**

Ref:            Docket No. 06-00110-001
Offense:        Court one: conspiracy to engage in the wholesale
                distribution of prescription drugs without a license
Arrest date:    09/09/2004
Sentence date:  01/04/2007

Respected and Honorable Garret E. Brown, Jr. / Chief United States District Judge:

I am writing this letter in attempt to petition your honor's consideration for early
release from the probation sentence imposed by your honor on the date of January 4,
2007. Sir, first and foremost I would like to convey and emphasize my deepest sorrow
and immense regret for my offense and violation of the law. I yearn with all my life I led
before my regretful involvement in the illicit activities that led to my arrest and sentence.
I have learned a great deal from the circumstances, which led me to exercise such very
poor lack of judgment and decision-making. Under similar or another circumstance – for
that matter, I will never make the same mistake again. If I had the opportunity to do
thinks over, I would have taken a different route. As things stand all I can do is continue
with my life, learn from that mistake and refrain from committing the same error over
again. I believe is very important for me to mention to your honor that I had always been
very law abiding individual before my unfortunate activities. I had never been involved in
any illicit activities and had a very clean arrest free record. And this is the way I will live
the remaining of my days. Your honor, this experience has taught me to have an even
more and profound respect for the law. I suppose that one does not know how precious it
is to have one's freedom, until the threat of living without it looms large. It is a lesson
well learned, a mistake never to be repeated and an experience that I will carry as a great
lesson for the rest of my days.

I write this letter as I have already completed 2 years of my probation or at the halfway point of my 4-year probation sentence. Your honor I have been diligently compliant with all of the requirements of my probation. I have met every single one of the requirements of my probation sentence to the fullest; this includes the following special requirements:

- Cooperated in undercover operations before and after the sentence. (Activity that I intend to repeat if I am asked to).
- Special assessment and fine/restitution: $2,000.
- The successful completion of 6-month house arrest without any infractions (under the direct supervision of Sr. U.S. Probation Officer Stanley K. Whetstone, 20 Washington Pl. Room 619, Newark, NJ 07102 (973) 645-6161). All payments of house arrest made in full.
- Never testing positive on any drug screening/test during this time (under the supervision of U.S. Probation Officer Patrick T. Hattersley, 200 Federal Plaza, Room 130, PO box 2097, Paterson, NJ 07509 (973) 357-4080) and Probation officer Patricia C. Jensen, 402 State street, Trenton, NJ 08608 (609) 989-2367.
- The monthly submission of detailed and complete probation reports on time (under the supervision of U.S. Probation Officer Patrick T. Hattersley, 200 Federal Plaza, Room 130, PO box 2097, Paterson, NJ 07509 (973) 357-4080).

Your Honor, I have been employed steadily by Costal international logistics Inc, located at 1420 Vantage Way in Jacksonville, Florida. (904)741-0407.
I am asking for an early release because this company is offering me the opportunity to grow in the field of transportation, I have worked for them for almost 2 years. I am doing a great job, and they are very satisfied with me.

Sir, I am lucky to have a wife, Maria Dovale, to whom I have been married for 12 years, who is very supporting and helpful. Her support and help have been instrumental and extremely important to maintain my good mental heath and positive outlook on life during these difficult years. I have a son named Jean Pierre who is 21 years old and a grand son. My daughter Michelle is 17 years old; both from previous relationships.

Your Honor, I would like to be given the privileged opportunity to be considered for early release from probation. It would be an opportunity that I would cherish, appreciate, not take lightly and be extremely grateful for the rest of my life. I believed that I have learned a great deal from this experience and hope that after reading this letter your honor would think along the same lines. I truly hope that your honor would consider giving me this privilege and I thank you in advance for taking the time of reading this letter.

Your Honor, I would like to tell you, as I have told all the probation officers, that I am willing to participate in further undercover operations if I am needed.

Sincerely and respectfully yours,

Fernando Doyale

Cc:    Kevin G. Walsh, Assistant United States Attorney
        Thomas L. Larson, Supervising U.S. Probation Officer
        Stanley K. Whetstone, Sr. U.S. Probation Officer
        Patrick T. Hattersley, U.S. Probation Officer
        Patricia C. Jensen, U.S. Probation Officer